UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
YVETTE CRUZ-COMAS,

        Plaintiff,                                Index No: 24-CV-07758
                                                                (HG)(TAM)

        -against-                           **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

WILLIAMSBURG MEDICAL IMAGING, PC, et al.

        Defendant(s).
------------------------------------------------------------------X

      PLEASE TAKE NOTICE THAT Plaintiff Yvette Cruz-Comas hereby voluntarily dismisses, with prejudice, her Claims for Relief asserted against Motty Landau in the Complaint filed on November 6, 2024.

                                                                           Respectfully submitted,

Dated:  June 27, 2025                            By: */s/ Marcel Florestal*
       New York, New York                        Marcel Florestal, Esq.
                                                                   Florestal Law Firm
                                                                   48 Wall Street, Suite 11
                                                                   New York, New York

TO: